**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

ANDREW C. MENICHINO,

Petitioner

: No. 80 WAL 2017
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.